B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Colfax Envelope Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2604762** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**951 Commerce Court**<br>**Buffalo Grove, IL**<br><div align=right>ZIP Code<br>**60089**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Diana and Bruce Bindon**<br>**20 Carlyle Lane**<br>**Buffalo Grove, IL**<br><div align=right>ZIP Code<br>**60089**</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)          Page 2

| **Voluntary Petition** <br><br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Colfax Envelope Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>
<div align="center"><b>Exhibit A</b></div>
<br>
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)
<br><br>
☐   Exhibit A is attached and made a part of this petition.
</td>
<td>
<div align="center"><b>Exhibit B</b></div>
<div align="center">(To be completed if debtor is an individual whose debts are primarily consumer debts.)</div>
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).
<br><br>
X _____
<br>
     Signature of Attorney for Debtor(s)        (Date)
</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐   Yes, and Exhibit C is attached and made a part of this petition. <br><br> ■   No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br><br> ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br>      _____ <br>      (Name of landlord that obtained judgment) <br><br><br>      _____ <br>      (Address of landlord) <br><br> ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                                   Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Colfax Envelope Corporation** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney\***

**X** **/s/ Barbara L. Yong**
Signature of Attorney for Debtor(s)

**Barbara L. Yong**
Printed Name of Attorney for Debtor(s)

**Golan & Christie LLP**
Firm Name

**70 W. Madison**
**Suite 1500**
**Chicago, IL 60602**

Address

**Email: blyong@golanchristie.com**
**(312) 263-2300  Fax: (312) 263-0939**
Telephone Number

**July  2, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Diana Bindon**
Signature of Authorized Individual

**Diana Bindon**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July  2, 2010**
Date

A-Korn Roller, Inc.
3545 S. Morgan St.
Chicago, IL 60609

ADT Security Services, Inc.
Attn: Billing Department
14200 E. Exposition Avenue
Aurora, CO 80012-2540

Advanta Bank Corporation
PO Box 844
Philadelphia, PA 19101-8088

Aerex Pest Control
4301 Wilmette Ave.
Rolling Meadows, IL 60008

AFCO
P.O. Box 4795
Carol Stream, IL 60197-4795

AGFA Corporation
100 Challenger Road
Ridgefield Park, NJ 07660-2199

AGFA Corporation
PO Box 2123
Carol Stream, IL 60132-2123

Alexin David
6130 North Claremont
Chicago, IL 60659

Allison, Slutsky, & Kennedy, P.C.
c/o Karen L. Engelhardt
230 West Monroe Street, Suite 2600
Chicago, IL 60606

Althoff Industries
8001 S. Route 31
Crystal Lake, IL 60014

American First Aid
784 Church Rd.
Elgin, IL 60123

American Holt Corp
203 Carnegie Row
Norwood, MA 02062


Amerigas - Gurnee
2000 Albright Road
Montgomery, IL 60538


Apex Industrial Automation, LLC
2000 Albright Road
Montgomery, IL 60538


AT&T
PO Box 8100
Aurora, IL 60507-8100


AT&T Long Distance
PO Box 5017
Carol Stream, IL 60197-5017


Batavia Container, Inc
PO Box 550, 1400 Paramount Parkway
Batavia, IL 60510


Best Cutting Die
8080 McCormick Blvd.
Skokie, IL 60076-2982


Blooming Grove Flowers & Gifts
781 Buffalo Grove Rd.
Buffalo Grove, IL 60089


Blue Thunder Truck Brokerage
PO Box 88259
Chicago, IL 60680-1259


Bluestar Energy
Dept. 19346
Palatine, IL 60055-9346


Bruce and Diana Bindon
20 Carlyle Lane
Buffalo Grove, IL 60089

Buffalo Grove Association
c/o NAI Hiffman
One Oakbrook Terrace, Suite 600
Oakbrook Terrace, IL 60181


Capital One Bank
PO Box 6492
Carol Stream, IL 60197-6492


CCP Industries
PO Box 73627
Cleveland, OH 44193


Cellmark Direct
80 Washington St.
Norwalk, CT 06854


Chase Card Services
Cardmember Services
P.O. Box 15298
Wilmington, DE 19850-5298


Chicago Spence Tool & Rubber Co.
1125 N. 27th Avenue
Melrose Park, IL 60160-2937


Christine Nolan
327 Ashwood
Schaumburg, IL 60193


Christopher Stavros
12 Oakwood Drive
Prospect Heights, IL 60070


Clay English
c/o Universal Form Clamp
840 South 25th Ave - 2nd Floor
Bellwood, IL 60104


Clifford Paper Inc
600 E. Crescent Avenue
Saddle River, NJ 07458

Colfax Welding
605 West Colfax
Palatine, IL 60067


Colliers B&K
Attn: Ivrea Vinson
1101 W. 31st Street, Suite 110
Downers Grove, IL 60515


Comerica Bank
PO Box 6353
Fargo, ND 58125-6353


Commerce Court Limited Partnership
136 Inverway
Inverness, IL 60067


Coverall North America
2600 Warrenville Road
Suite 200
Downers Grove, IL 60515


Crowley Barrett & Karaba, Ltd.
c/o Jeff Burns
20 S. Clark, Ste. 2310
Chicago, IL 60603


CRP - Chicago Infill II, LLC
c/o Colony Realty Partners, LLC
Two International Place, Suite 2500
Boston, MA 02110


CRP-2 Chicago Infill II, LLC
c/o Colony Realty Partners, LLC
Two International Place, Suite 2500
Boston, MA 02110


Dahlgren Buckley Dement
7224 W. 60th Street
Summit Argo, IL 60501


David Gaede
6116 North Olympia Avenue
Chicago, IL 60631

Diana Bindon
20 Carlyle Lane
Buffalo Grove, IL 60089


Discover Card
PO Box 3008
New Albany, OH 43054-3008


District Council 4 GCC/IBT
455 Kehoe Blvd. Suite 102
Carol Stream, IL 60188


District Council 4 GCC/IBT-NPF
455 Kehoe Blvd. Suite 102
Carol Stream, IL 60188


DLS Internet Services
PO Box 7426
Algonquin, IL 60102


Doherty & Progar
200 West Adams Street
Suite 2220
Chicago, IL 60606-5231


Dun & Bradstreet
55 Shuman Blvd
Naperville, IL 60563


Earl Wilhelm
2407 Marquardt Lane
McHenry, IL 60050


FedEx Revenue Services
3965 Airways, Module G
Memphis, TN 38116


FGMK, LLC
2801 Lakeside Dr., 3rd Floor
Bannockburn, IL 60015


Fidelity Container
180 Exchange Blvd.
Glendale Heights, IL 60139

First Bank
480 W. Center Street
Grayslake, IL 60030


FNT
2287 Momentum Place
Chicago, IL 60689-5322


Ford Credit
PO Box 790093
Saint Louis, MO 63179-0093


Ford Motor Credit
PO Box 790093
Saint Louis, MO 63179-0093


Frank Mehl
1182 Sturbridge Dr.
Schaumburg, IL 60195


Garvey's Office Products
7500 North Caldwell
Niles, IL 60714-4027


GlueTech Inc
11134 Addison Ave.
Franklin Park, IL 60131


Grainger
1200 S. Wolf Road
Wheeling, IL 60090-6442


Gregory Rich
8124 Danneil Circle
Long Grove, IL 60047


GXS
100 Edison Park Drive
MS 52A2
Gaithersburg, MD 20878


Henkel Corporation
1 Henkel Way
Rocky Hill, CT 06067

Home Depot Credit Services
P.O. Box 653002
Dallas, TX 75265-3002


Horizon Distributors
1890 Chrysler Drive
Belvidere, IL 61008


Hortencia Morales
627 East Palatine Rd.
Palatine, IL 60074


Interfilm
127 Turningstone Court
Greenville, SC 29611


Internal Revenue Service
PO Box 970028
Saint Louis, MO 63197-0028


ITU, Inc.
P.O. Box 88479
Milwaukee, WI 53288-0479


James Jakubowski
3433 Sonoma Circle
Lake in the Hills, IL 60156


James Vastine
554 Deer Run Drive
Palatine, IL 60067


Jason Kveton
4013 West Lake Shore Drive
Wonder Lake, IL 60097-8882


John S. Swift Co.
999 Commerce Ct.
P.O. Box 5529
Buffalo Grove, IL 60089


Jorson & Carlson, Inc.
1501 Pratt Blvd.
Elk Grove Village, IL 60007

Kathleen Thompson
109 Rivershire Lane
Lincolnshire, IL 60069


Kathryn Yudys
2120 Fieldcrest Drive
Mundelein, IL 60060


Keller-Heartt Oil
4411 South Tripp Avenue
Chicago, IL 60632-4320


Konica Minolta Business Solutions
11101 Roosevelt Road
Saint Petersburg, FL 33716


Konica Minolta Business Solutions
4388 Collections Center Drive
Chicago, IL 60693


Levenfeld Pearlstein
2 N. LaSalle Street, Suite 1300
Chicago, IL 60602


Mary Kussmann
7220 North Octavia Avenue
Chicago, IL 60631


Master Messenger Service
P.O. Box 72135
Roselle, IL 60172


Masterman's, LLP
11 C Street
P.O. Box 411
Auburn, MA 01501


Mazel & Co.
4300 Ferdinand Street
Chicago, IL 60624


MCMASTER - CARR
600 County Line Road
Elmhurst, IL 60126-2081

Megtec Systems
830 Prosper Road
De Pere, WI 54115


Metro Recycling
4340 Cross Street
Downers Grove, IL 60515


MidAmerican Energy
P.O. Box 8020
Davenport, IA 52808-8020


Midland Paper Co.
101 E. Palatine Rd.
Wheeling, IL 60090


Morgan Birge & Associates
119 West Hubbard Street
4th Floor
Chicago, IL 60610


MSC Industrial Supply
20921 Lahser Road
Southfield, MI 48033-4432


Much Shelist
c/o Steven Schwartz
191 N. Wacker Dr., Suite 1800
Chicago, IL 60606


Murnane Paper Co.
345 Fischer Farm Road
Elmhurst, IL 60126-1014


Napa Auto Parts - Wheeling
82 E. Dundee Rd.
Wheeling, IL 60090


National Lift Truck
3333 Mount Prospect Road
Franklin Park, IL 60131


Natural Scapes & Designs, Ltd.
P.O. Box 136
Ingleside, IL 60041

Netrix
Attn: Accounts Receivable
2801 Lakeside Drive - 3rd Floor
Bannockburn, IL 60015


Nicor
PO Box 0632
Aurora, IL 60507-0632


Northwest Community Hospital
3060 Salt Creek Lane
Arlington Heights, IL 60005


P B Global Financial Services
2225 American Drive
Neenah, WI 54956-1005


P&M National Sales
708 County Line Road
Bensenville, IL 60106


Pallet Direct
P.O. Box 255
Paw Paw, MI 49079


Paper Converting Machine Co.
2300 South Ashland Avenue
Green Bay, WI 54304


Partners in Technology
104 E. Roosevelt Rd., Suite 102
Wheaton, IL 60187


Paulson Press, Inc.
904 Cambridge Drive
Elk Grove Village, IL 60007


Perfect Fit Placement
1263 Berlin Tpke
Berlin, CT 06037


Peter Schmidt
8916 McVicker Avenue
Morton Grove, IL 60053

Pitman Co.
221 Covington Drive
Bloomingdale, IL 60108


Pitney Bowes
Purchase Power
PO Box 856042
Louisville, KY 40285


Pompilio Trucking
P.O. Box 464
Fox River Grove, IL 60021


Printellect
P.O. Box 12668
Casa Grande, AZ 85230-2068


Printers Service
26 Blanchard Street
Newark, NJ 07105-4702


Purchase Power
P.O. Box 5135
Shelton, CT 06484-7135


Purewater Systems
P.O. Box 908
Round Lake, IL 60073-0336


Quebecor World (USA), Inc.
c/o Gary D. Underdahl
2600 Eagan Woods Dr., Ste. 400
Eagan, MN 55121


Related Products
6355 Chalet Drive
City of Commerce, CA 90040


Richard Cap
231 Willowbridge
Bloomingdale, IL 60108


RMS
240 Emery Street
Bethlehem, PA 18015

Roy Lee Brown
346 South 27th Avenue
Bellwood, IL 60104


Ryans Express, Inc.
11714 Briarwood Lane
Burr Ridge, IL 60527


Service Web Offset Corporation
2500 S. Dearborn Street
Chicago, IL 60616-2299


Steiner Electric
1250 Touhy Avenue
Elk Grove Village, IL 60007


Steven Karlovits
451 Carmen
Buffalo Grove, IL 60089


Stickon Packaging Systems, Inc.
71 West Seegers Road
Arlington Heights, IL 60005


Strategic Ink Solutions
2420 Oakton Street, Unit W
Arlington Heights, IL 60005


Suburban Graphics
508 Green Bridge Lane
Prospect Heights, IL 60070-2806


Sun Chemical Corporation
5000 Spring Grove Avenue
Cincinnati, OH 45232


Superior Industrial Supply
7300 N. Oak Park Avenue
Niles, IL 60714


Trans-Consolidated Distrib
P.O. Box 5062
Chatsworth, CA 91313

Tri-City Corrugated
1111 Davis Road
Elgin, IL 60123


Trudy Maple
225 D Brett Circle
Wauconda, IL 60084


UniCast
P.O. Box 4627
Easton, PA 18043


UniSource Worldwide, Inc.
850 N. Arlington Heights Road
Itasca, IL 60143


UPS
P.O. Box 650580
Dallas, TX 75265-0580


Verizon Wireless
777 Big Timber Road
Elgin, IL 60123


Viatas Chauffeured Transportation
21W319 Lake Street
Addison, IL 60101


Village of Buffalo Grove
P.O. Box 66173
Chicago, IL 60666-0173


Waste Management
Attn: Billing Dept.
1411 Opus Place, Suite 400
Downers Grove, IL 60515


Yale Equipment & Services, LLC
1151 Bryn Mawr Avenue
Itasca, IL 60143