**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: COLFAX ENVELOPE CORPORATION | § | Case No. 10-29977-ABG |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 02, 2010. The undersigned trustee was appointed on July 02, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $       23,948.97

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 98.37 |
   | Bank service fees | 1,661.48 |
   | Other payments to creditors | 500.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 21,689.12 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/05/2011 and the deadline for filing governmental claims was 12/29/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,144.90. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,144.90, for a total compensation of $3,144.90.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $598.37 and now requests reimbursement for expenses of $22.08, for total expenses of $620.45.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/14/2015      By: /s/JOHN E. GIERUM
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-29977-ABG  
**Case Name:** COLFAX ENVELOPE CORPORATION  

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 07/02/10 (f)  
**§341(a) Meeting Date:** 08/16/10  

**Period Ending:** 05/14/15  

**Claims Bar Date:** 01/05/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Petty Cash (s) | 211.35 | 211.35 | | 0.00 | FA |
| 2 | Bank Accounts (2) First Bank (s) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Bank account Harris checking no. 48024708 (s) | 12,331.64 | 12,331.64 | | 18,504.60 | FA |
| 4 | Accounts receivable (s) | 73,794.77 | 0.00 | | 0.00 | FA |
| 5 | Restitution for Adrienne Poole (s) (See Footnote) | 795,275.64 | 0.00 | OA | 1,050.00 | FA |
| 6 | Phone refund (u) (u) | 0.00 | 7.78 | | 7.78 | FA |
| 7 | Insurance Refund (u) (u) | 0.00 | 1,772.81 | | 1,772.81 | FA |
| 8 | Verizon Refund (u) (u) | Unknown | 15.33 | | 15.33 | FA |
| 9 | HIH America claim (U) (u) | Unknown | 5,769.00 | | 2,596.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.45 | Unknown |
| 10 | Assets Totals (Excluding unknown values) | **$881,613.40** | **$20,107.91** | | **$23,948.97** | **$0.00** |

RE PROP# 5    abandoned by Court Order 10/3/14

---

**Major Activities Affecting Case Closing:**

abandoned long term receivable, reviewed claims, completed tax work, TFR in process.

**Initial Projected Date Of Final Report (TFR):** December 31, 2012   **Current Projected Date Of Final Report (TFR):** December 31, 2014

Printed: 05/14/2015 09:24 AM    V.13.23

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-29977-ABG  
**Case Name:** COLFAX ENVELOPE CORPORATION  
**Taxpayer ID #:** **-***4762  
**Period Ending:** 05/14/15  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******29-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/05/10 | {3} | Colfax Envelope Corporation | Cash balance from bank account | 1129-000 | 18,504.60 | | 18,504.60 |
| 10/14/10 | {6} | AT&T | RECEIVABLE | 1221-000 | 7.78 | | 18,512.38 |
| 10/25/10 | {7} | Associated Agencies, Inc. | Insurance Refund | 1229-000 | 1,772.81 | | 20,285.19 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 20,285.32 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,285.48 |
| 12/22/10 | {8} | MB Data Refund | Refund | 1229-000 | 15.33 | | 20,300.81 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,300.98 |
| 01/19/11 | | To Account #**********2966 | TRANSFER OF FUNDS | 9999-000 | | 500.00 | 19,800.98 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 19,801.15 |
| 02/04/11 | | To Account #**********2966 | TRANSFER OF FUNDS | 9999-000 | | 17.29 | 19,783.86 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,784.01 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,784.17 |
| 04/11/11 | | To Account #**********2966 | TRANSFER OF FUNDS | 9999-000 | | 3,500.00 | 16,284.17 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,284.31 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,284.44 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,284.57 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,284.70 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.23 | 16,253.47 |
| 08/11/11 | | From Account #**********2966 | TRANSFER OF FUNDS | 9999-000 | 3,493.29 | | 19,746.76 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,746.91 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.41 | 19,704.50 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.12 | 19,705.62 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,705.78 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.49 | 19,665.29 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,665.45 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.06 | 19,626.39 |
| 11/02/11 | {5} | New Fine Account | Adrienne Poole Obligation 9676 | 1129-000 | 75.00 | | 19,701.39 |
| 11/02/11 | {5} | New Fine Account | Adrienne Poole Obligation 9676 | 1129-000 | 75.00 | | 19,776.39 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,776.55 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.29 | 19,733.26 |
| 12/14/11 | {9} | California Insurance Commissioner | Court Approved Proof of Claim Distribution | 1229-000 | 2,596.00 | | 22,329.26 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 22,329.43 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.21 | 22,286.22 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,286.40 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.71 | 22,237.69 |
| 02/07/12 | | To Account #**********2966 | TRANSFER OF FUNDS | 9999-000 | | 20.21 | 22,217.48 |

Subtotals :  $26,542.26   $4,324.78

{} Asset reference(s)

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-29977-ABG  
**Case Name:** COLFAX ENVELOPE CORPORATION  
**Taxpayer ID #:** **-***4762  
**Period Ending:** 05/14/15  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******29-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/29/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 44.02 | 22,173.46 |
| 03/16/12 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 |  | 22,248.46 |
| 03/16/12 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 |  | 22,323.46 |
| 03/16/12 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 |  | 22,398.46 |
| 03/30/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 45.60 | 22,352.86 |
| 04/30/12 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 |  | 22,427.86 |
| 04/30/12 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 |  | 22,502.86 |
| 04/30/12 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 |  | 22,577.86 |
| 04/30/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 44.27 | 22,533.59 |
| 05/31/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 50.75 | 22,482.84 |
| 06/29/12 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 44.53 | 22,438.31 |
| 07/03/12 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 |  | 22,513.31 |
| 07/03/12 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 |  | 22,588.31 |
| 07/03/12 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 |  | 22,663.31 |
| 07/09/12 |  | To Account #**********2966 | TRANSFER OF FUNDS | 9999-000 |  | 22,663.31 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 27,217.26 | 27,217.26 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 3,493.29 | 26,700.81 |  |
|  |  |  | **Subtotal** |  | 23,723.97 | 516.45 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$23,723.97** | **$516.45** |  |

{} Asset reference(s)

Printed: 05/14/2015 09:24 AM   V.13.23

Exhibit B

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-29977-ABG  
**Case Name:** COLFAX ENVELOPE CORPORATION  

**Taxpayer ID #:** **-***4762  
**Period Ending:** 05/14/15  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******29-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/19/11 | | From Account #**********2965 | TRANSFER OF FUNDS | 9999-000 | 500.00 | | 500.00 |
| 01/24/11 | 101 | ADP | Tax Fees W-2 (6AZ, Acct. #60-146415; A1U, Acct. #60-174892) | 2200-000 | | 500.00 | 0.00 |
| 02/04/11 | | From Account #**********2965 | TRANSFER OF FUNDS | 9999-000 | 17.29 | | 17.29 |
| 02/07/11 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #10-29977, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 17.29 | 0.00 |
| 04/11/11 | | From Account #**********2965 | TRANSFER OF FUNDS | 9999-000 | 3,500.00 | | 3,500.00 |
| 04/13/11 | 103 | Lewis Steinberg | Preparation of final tax returns up to date of bankruptcy filing<br>Voided on 08/11/11 | 3410-000 | | 3,500.00 | 0.00 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 6.71 | -6.71 |
| 08/11/11 | | To Account #**********2965 | TRANSFER OF FUNDS | 9999-000 | | 3,493.29 | -3,500.00 |
| 08/11/11 | 103 | Lewis Steinberg | Preparation of final tax returns up to date of bankruptcy filing<br>Voided: check issued on 04/13/11 | 3410-000 | | -3,500.00 | 0.00 |
| 02/07/12 | | From Account #**********2965 | TRANSFER OF FUNDS | 9999-000 | 20.21 | | 20.21 |
| 02/10/12 | 104 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #10-29977, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2012 | 2200-000 | | 20.21 | 0.00 |
| 07/09/12 | | From Account #**********2965 | TRANSFER OF FUNDS | 9999-000 | 22,663.31 | | 22,663.31 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.05 | 22,629.26 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.91 | 22,581.35 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.18 | 22,538.17 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.80 | 22,487.37 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.08 | 22,441.29 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.45 | 22,396.84 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052017188 20130103 | 9999-000 | | 22,396.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 26,700.81 | 26,700.81 | $0.00 |
| | | | Less: Bank Transfers | | 26,700.81 | 25,890.13 | |
| | | | **Subtotal** | | 0.00 | 810.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$810.68** | |

{} Asset reference(s)

Printed: 05/14/2015 09:24 AM    V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-29977-ABG  
**Case Name:** COLFAX ENVELOPE CORPORATION  

**Taxpayer ID #:** **-***4762  
**Period Ending:** 05/14/15  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8666 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 22,396.84 | | 22,396.84 |
| 01/23/13 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 | | 22,471.84 |
| 01/23/13 | {5} | Clerk of the Circuit Court | Restitution | 1129-000 | 75.00 | | 22,546.84 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.40 | 22,512.44 |
| 02/08/13 | 10105 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2013 FOR CASE #10-29977, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2013 | 2200-000 | | 24.95 | 22,487.49 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.20 | 22,457.29 |
| 03/27/13 | {5} | Clerk of the Circuit Court of Lake County, IL | Restitution | 1129-000 | 75.00 | | 22,532.29 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.22 | 22,501.07 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.52 | 22,466.55 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.39 | 22,433.16 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.11 | 22,403.05 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.44 | 22,367.61 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.17 | 22,335.44 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.05 | 22,304.39 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.28 | 22,269.11 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.89 | 22,239.22 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.18 | 22,204.04 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.99 | 22,171.05 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.76 | 22,141.29 |
| 03/04/14 | 10106 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #10-29977, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 02/01/14 | 2200-000 | | 20.47 | 22,120.82 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.76 | 22,090.06 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.89 | 22,056.17 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.72 | 22,024.45 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.62 | 21,993.83 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.79 | 21,959.04 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.53 | 21,928.51 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.64 | 21,894.87 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.54 | 21,862.33 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.29 | 21,834.04 |

Subtotals:     $22,621.84     $787.80

{} Asset reference(s)

Printed: 05/14/2015 09:24 AM    V.13.23

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 10-29977-ABG  
**Case Name:** COLFAX ENVELOPE CORPORATION  

**Taxpayer ID #:** **-***4762  
**Period Ending:** 05/14/15

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.59 | 21,798.45 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.35 | 21,767.10 |
| 02/18/15 | 10107 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #10-29977, Reimbursement for Blanket Bond No. 10BSBGR6291 | 2200-000 | | 15.45 | 21,751.65 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.21 | 21,722.44 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.32 | 21,689.12 |
| | | | **ACCOUNT TOTALS** | | 22,621.84 | 932.72 | **$21,689.12** |
| | | | Less: Bank Transfers | | 22,396.84 | 0.00 | |
| | | | **Subtotal** | | **225.00** | **932.72** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$225.00** | **$932.72** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******29-65 | 23,723.97 | 516.45 | 0.00 |
| Checking # ****-******29-66 | 0.00 | 810.68 | 0.00 |
| Checking # ******8666 | 225.00 | 932.72 | 21,689.12 |
| | **$23,948.97** | **$2,259.85** | **$21,689.12** |

# Claims Proposed Distribution - Exhibit C

## Case:  10-29977-ABG   COLFAX ENVELOPE CORPORATION

**Case Balance:** $21,689.12    **Total Proposed Payment:** $21,689.12    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
| TEE | JOHN E. GIERUM | Admin Ch. 7 | 3,144.90 | 3,144.90 | 0.00 | 3,144.90 | 3,144.90 | 18,544.22 |
| | <2100-00   Trustee Compensation> | | | | | | | |
| OACPA | Lois West, Popowcer Katten, Ltd. | Admin Ch. 7 | 4,417.00 | 4,417.00 | 0.00 | 4,417.00 | 4,417.00 | 14,127.22 |
| | <3410-00   Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| TEEEXP | JOHN E. GIERUM | Admin Ch. 7 | 620.45 | 620.45 | 598.37 | 22.08 | 22.08 | 14,105.14 |
| | <2200-00   Trustee Expenses> | | | | | | | |
| 31 | GCC/IBT Local 458-M | Priority | 103,327.88 | 0.00 | 0.00 | 0.00 | 0.00 | 14,105.14 |
| 31 -2 | GCC/IBT Local 458-M | Priority | 103,327.88 | 103,327.88 | 0.00 | 103,327.88 | 12,984.23 | 1,120.91 |
| 35P | GCC/IBT National Pension Fund | Priority | 8,920.14 | 8,920.14 | 0.00 | 8,920.14 | 1,120.91 | 0.00 |
| 40 | Internal Revenue Service | Priority | 137,877.04 | 137,877.04 | 0.00 | 137,877.04 | 0.00 | 0.00 |
| 51P | Illinois Department of Employment Security | Priority | 15,325.78 | 15,325.78 | 0.00 | 15,325.78 | 0.00 | 0.00 |
| | **Claim Memo:**   Tardy filed claim | | | | | | | |
| 1 | UniSource Worldwide, Inc. | Unsecured | 11,677.24 | 11,677.24 | 0.00 | 11,677.24 | 0.00 | 0.00 |
| 2 | MSC Industrial Supply Company | Unsecured | 345.83 | 345.83 | 0.00 | 345.83 | 0.00 | 0.00 |
| 3 | Sun Chemical Corporation | Unsecured | 65,493.70 | 65,493.70 | 0.00 | 65,493.70 | 0.00 | 0.00 |
| 4 | UNITED PARCEL SERVICE | Unsecured | 53.12 | 53.12 | 0.00 | 53.12 | 0.00 | 0.00 |
| 5 | Quebecor World (USA) et al | Unsecured | 16,545.60 | 16,545.60 | 0.00 | 16,545.60 | 0.00 | 0.00 |
| 6 | Superior Industrial Supply Co | Unsecured | 3,074.63 | 3,074.63 | 0.00 | 3,074.63 | 0.00 | 0.00 |
| 7 | FedEx Revenue Services | Unsecured | 954.65 | 954.65 | 0.00 | 954.65 | 0.00 | 0.00 |
| 8 | Quebecor World (USA) et al | Unsecured | 16,545.60 | 16,545.60 | 0.00 | 16,545.60 | 0.00 | 0.00 |
| 9 | Discover Bank | Unsecured | 1,345.70 | 1,345.70 | 0.00 | 1,345.70 | 0.00 | 0.00 |
| 10 | Cellmark Direct | Unsecured | 50,000.00 | 50,000.00 | 0.00 | 50,000.00 | 0.00 | 0.00 |
| 11 | Midland Paper Co. | Unsecured | 54,188.02 | 54,188.02 | 0.00 | 54,188.02 | 0.00 | 0.00 |
| 12 | American First Aid | Unsecured | 905.19 | 905.19 | 0.00 | 905.19 | 0.00 | 0.00 |
| 13 | Ford Motor Credit Company LLC | Unsecured | 8,507.93 | 8,507.93 | 0.00 | 8,507.93 | 0.00 | 0.00 |
| 14 | ITU Inc | Unsecured | 7,882.95 | 7,882.95 | 0.00 | 7,882.95 | 0.00 | 0.00 |
| 15 | Steiner Electric | Unsecured | 1,564.42 | 1,564.42 | 0.00 | 1,564.42 | 0.00 | 0.00 |
| 16 | National Lift Truck | Unsecured | 257.48 | 257.48 | 0.00 | 257.48 | 0.00 | 0.00 |
| 17 | Chicago Spence Tool & Rubber Co. | Unsecured | 1,071.62 | 1,071.62 | 0.00 | 1,071.62 | 0.00 | 0.00 |
| 18 | Apex Industrial Automation, LLC | Unsecured | 1,737.50 | 1,737.50 | 0.00 | 1,737.50 | 0.00 | 0.00 |
| 19 | MCMASTER - CARR | Unsecured | 520.67 | 520.67 | 0.00 | 520.67 | 0.00 | 0.00 |

## Claims Proposed Distribution - Exhibit C

### Case: 10-29977-ABG   COLFAX ENVELOPE CORPORATION

**Case Balance:** $21,689.12    **Total Proposed Payment:** $21,689.12    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
| 20 | Related Products | Unsecured | 730.09 | 730.09 | 0.00 | 730.09 | 0.00 | 0.00 |
| 21 | ADT Security Services, Inc. | Unsecured | 1,649.86 | 1,649.86 | 0.00 | 1,649.86 | 0.00 | 0.00 |
| 22 | Clifford Paper Inc | Unsecured | 198,492.90 | 198,492.90 | 0.00 | 198,492.90 | 0.00 | 0.00 |
| 23 | Dahlgren Buckley Dement | Unsecured | 7,280.85 | 7,280.85 | 0.00 | 7,280.85 | 0.00 | 0.00 |
| 24 | Coverall North America | Unsecured | 385.52 | 385.52 | 0.00 | 385.52 | 0.00 | 0.00 |
| 25 | Best Cutting Die | Unsecured | 18,728.00 | 18,728.00 | 0.00 | 18,728.00 | 0.00 | 0.00 |
| 26 | Printers Service | Unsecured | 13,606.48 | 13,606.48 | 0.00 | 13,606.48 | 0.00 | 0.00 |
| 27 | Mazel & Co. | Unsecured | 525.00 | 525.00 | 0.00 | 525.00 | 0.00 | 0.00 |
| 28 | Henkel Corporation | Unsecured | 50,968.58 | 50,968.58 | 0.00 | 50,968.58 | 0.00 | 0.00 |
| 29 | Cellmark Direct | Unsecured | 50,000.00 | 50,000.00 | 0.00 | 50,000.00 | 0.00 | 0.00 |
| | **Claim Memo:** Duplicate of claim No. 10 previously filed | | | | | | | |
| 30 | Natural Scapes & Designs, Ltd. | Unsecured | 5,560.00 | 5,560.00 | 0.00 | 5,560.00 | 0.00 | 0.00 |
| 32 | Pallet Direct | Unsecured | 8,843.00 | 8,843.00 | 0.00 | 8,843.00 | 0.00 | 0.00 |
| 33 | Elan Financial Services servicer for Comerica Bank | Unsecured | 4,542.00 | 4,542.00 | 0.00 | 4,542.00 | 0.00 | 0.00 |
| 34 | Interfilm | Unsecured | 36,481.75 | 36,481.75 | 0.00 | 36,481.75 | 0.00 | 0.00 |
| 35U | GCC/IBT National Pension Fund | Unsecured | 1,108,238.45 | 1,108,238.45 | 0.00 | 1,108,238.45 | 0.00 | 0.00 |
| 36 | Verizon Wireless | Unsecured | 2,605.15 | 2,605.15 | 0.00 | 2,605.15 | 0.00 | 0.00 |
| 37 | Murnane Paper Co. | Unsecured | 84,793.66 | 84,793.66 | 0.00 | 84,793.66 | 0.00 | 0.00 |
| 38 | Pitman Co. | Unsecured | 14,973.59 | 14,973.59 | 0.00 | 14,973.59 | 0.00 | 0.00 |
| 39 | Levenfeld Pearlstein | Unsecured | 2,030.00 | 2,030.00 | 0.00 | 2,030.00 | 0.00 | 0.00 |
| 41 | Frank Mehl | Unsecured | 16,134.42 | 16,134.42 | 0.00 | 16,134.42 | 0.00 | 0.00 |
| 42 | Tri-City Corrugated | Unsecured | 3,592.40 | 3,592.40 | 0.00 | 3,592.40 | 0.00 | 0.00 |
| 43 | Amanda Patten Johnson | Unsecured | 150,000.00 | 150,000.00 | 0.00 | 150,000.00 | 0.00 | 0.00 |
| 44 | Trudy Maple | Unsecured | 16,134.42 | 16,134.42 | 0.00 | 16,134.42 | 0.00 | 0.00 |
| 45 | Christopher Stavros | Unsecured | 9,318.83 | 9,318.83 | 0.00 | 9,318.83 | 0.00 | 0.00 |
| 46 | First Bank | Unsecured | 1,674,642.82 | 1,674,642.82 | 0.00 | 1,674,642.82 | 0.00 | 0.00 |
| 47 | Pompilio Trucking | Unsecured | 11,940.00 | 11,940.00 | 0.00 | 11,940.00 | 0.00 | 0.00 |
| 48 | Strategic Ink Solutions | Unsecured | 77,877.37 | 77,877.37 | 0.00 | 77,877.37 | 0.00 | 0.00 |
| 49 | Printellect | Unsecured | 2,662.33 | 2,662.33 | 0.00 | 2,662.33 | 0.00 | 0.00 |
| 50 | GXS | Unsecured | 1,565.57 | 1,565.57 | 0.00 | 1,565.57 | 0.00 | 0.00 |
| 51U | Illinois Department of Employment Security | Unsecured | 114.73 | 114.73 | 0.00 | 114.73 | 0.00 | 0.00 |
| | **Claim Memo:** Tardy filed claim | | | | | | | |

# Claims Proposed Distribution - Exhibit C

## Case: 10-29977-ABG   COLFAX ENVELOPE CORPORATION

| Case Balance: | $21,689.12 | Total Proposed Payment: | $21,689.12 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 10-29977 :** | | **$4,194,050.69** | **$4,090,722.81** | **$598.37** | **$4,090,124.44** | **$21,689.12** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $8,182.35 | $8,182.35 | $598.37 | $7,583.98 | 100.000000% |
| **Total Priority Claims :** | $368,778.72 | $265,450.84 | $0.00 | $14,105.14 | 5.313654% |
| **Total Unsecured Claims :** | $3,817,089.62 | $3,817,089.62 | $0.00 | $0.00 | 0.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 10-29977-ABG
Case Name: COLFAX ENVELOPE CORPORATION
Trustee Name: JOHN E. GIERUM

**Balance on hand:**  $ 21,689.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 21,689.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 3,144.90 | 0.00 | 3,144.90 |
| Trustee, Expenses - JOHN E. GIERUM | 620.45 | 598.37 | 22.08 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 4,417.00 | 0.00 | 4,417.00 |

Total to be paid for chapter 7 administration expenses:  $ 7,583.98
Remaining balance:  $ 14,105.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 14,105.14

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $265,450.84 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 31 -2 | GCC/IBT Local 458-M | 103,327.88 | 0.00 | 12,984.23 |
| 35P | GCC/IBT National Pension Fund | 8,920.14 | 0.00 | 1,120.91 |
| 40 | Internal Revenue Service | 137,877.04 | 0.00 | 0.00 |
| 51P | Illinois Department of Employment Security | 15,325.78 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 14,105.14
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,816,974.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | UniSource Worldwide, Inc. | 11,677.24 | 0.00 | 0.00 |
| 2 | MSC Industrial Supply Company | 345.83 | 0.00 | 0.00 |
| 3 | Sun Chemical Corporation | 65,493.70 | 0.00 | 0.00 |
| 4 | UNITED PARCEL SERVICE | 53.12 | 0.00 | 0.00 |
| 5 | Quebecor World (USA) et al | 16,545.60 | 0.00 | 0.00 |
| 6 | Superior Industrial Supply Co | 3,074.63 | 0.00 | 0.00 |
| 7 | FedEx Revenue Services | 954.65 | 0.00 | 0.00 |
| 8 | Quebecor World (USA) et al | 16,545.60 | 0.00 | 0.00 |
| 9 | Discover Bank | 1,345.70 | 0.00 | 0.00 |
| 10 | Cellmark Direct | 50,000.00 | 0.00 | 0.00 |
| 11 | Midland Paper Co. | 54,188.02 | 0.00 | 0.00 |
| 12 | American First Aid | 905.19 | 0.00 | 0.00 |
| 13 | Ford Motor Credit Company LLC | 8,507.93 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| 14 | ITU Inc | 7,882.95 | 0.00 | 0.00 |
|---|---|---|---|---|
| 15 | Steiner Electric | 1,564.42 | 0.00 | 0.00 |
| 16 | National Lift Truck | 257.48 | 0.00 | 0.00 |
| 17 | Chicago Spence Tool & Rubber Co. | 1,071.62 | 0.00 | 0.00 |
| 18 | Apex Industrial Automation, LLC | 1,737.50 | 0.00 | 0.00 |
| 19 | MCMASTER - CARR | 520.67 | 0.00 | 0.00 |
| 20 | Related Products | 730.09 | 0.00 | 0.00 |
| 21 | ADT Security Services, Inc. | 1,649.86 | 0.00 | 0.00 |
| 22 | Clifford Paper Inc | 198,492.90 | 0.00 | 0.00 |
| 23 | Dahlgren Buckley Dement | 7,280.85 | 0.00 | 0.00 |
| 24 | Coverall North America | 385.52 | 0.00 | 0.00 |
| 25 | Best Cutting Die | 18,728.00 | 0.00 | 0.00 |
| 26 | Printers Service | 13,606.48 | 0.00 | 0.00 |
| 27 | Mazel & Co. | 525.00 | 0.00 | 0.00 |
| 28 | Henkel Corporation | 50,968.58 | 0.00 | 0.00 |
| 29 | Cellmark Direct | 50,000.00 | 0.00 | 0.00 |
| 30 | Natural Scapes & Designs, Ltd. | 5,560.00 | 0.00 | 0.00 |
| 32 | Pallet Direct | 8,843.00 | 0.00 | 0.00 |
| 33 | Elan Financial Services servicer for Comerica Bank | 4,542.00 | 0.00 | 0.00 |
| 34 | Interfilm | 36,481.75 | 0.00 | 0.00 |
| 35U | GCC/IBT National Pension Fund | 1,108,238.45 | 0.00 | 0.00 |
| 36 | Verizon Wireless | 2,605.15 | 0.00 | 0.00 |
| 37 | Murnane Paper Co. | 84,793.66 | 0.00 | 0.00 |
| 38 | Pitman Co. | 14,973.59 | 0.00 | 0.00 |
| 39 | Levenfeld Pearlstein | 2,030.00 | 0.00 | 0.00 |
| 41 | Frank Mehl | 16,134.42 | 0.00 | 0.00 |
| 42 | Tri-City Corrugated | 3,592.40 | 0.00 | 0.00 |
| 43 | Amanda Patten Johnson | 150,000.00 | 0.00 | 0.00 |
| 44 | Trudy Maple | 16,134.42 | 0.00 | 0.00 |
| 45 | Christopher Stavros | 9,318.83 | 0.00 | 0.00 |
| 46 | First Bank | 1,674,642.82 | 0.00 | 0.00 |
| 47 | Pompilio Trucking | 11,940.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| 48 | Strategic Ink Solutions | 77,877.37 | 0.00 | 0.00 |
| --- | --- | --- | --- | --- |
| 49 | Printellect | 2,662.33 | 0.00 | 0.00 |
| 50 | GXS | 1,565.57 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 114.73 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 51U | Illinois Department of Employment Security | 114.73 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**