UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: COLFAX ENVELOPE CORPORATION § Case No. 10-29977-ABG
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on June 19, 2015 in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 05/19/2015    By: /s/JOHN E. GIERUM
                                              Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: COLFAX ENVELOPE CORPORATION § Case No. 10-29977-ABG
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 23,948.97 |
| *and approved disbursements of* | $ 2,259.85 |
| *leaving a balance on hand of* [1] | $ 21,689.12 |
| **Balance on hand:** | $ 21,689.12 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 21,689.12 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 3,144.90 | 0.00 | 3,144.90 |
| Trustee, Expenses - JOHN E. GIERUM | 620.45 | 598.37 | 22.08 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 4,417.00 | 0.00 | 4,417.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,583.98 |
| Remaining balance: | $ 14,105.14 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $     14,105.14

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $265,450.84 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 31-2 | GCC/IBT Local 458-M | 103,327.88 | 0.00 | 12,984.23 |
| 35P | GCC/IBT National Pension Fund | 8,920.14 | 0.00 | 1,120.91 |
| 40 | Internal Revenue Service | 137,877.04 | 0.00 | 0.00 |
| 51P | Illinois Department of Employment Security | 15,325.78 | 0.00 | 0.00 |

Total to be paid for priority claims:   $     14,105.14
Remaining balance:   $         0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,816,974.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | UniSource Worldwide, Inc. | 11,677.24 | 0.00 | 0.00 |
| 2 | MSC Industrial Supply Company | 345.83 | 0.00 | 0.00 |
| 3 | Sun Chemical Corporation | 65,493.70 | 0.00 | 0.00 |
| 4 | UNITED PARCEL SERVICE | 53.12 | 0.00 | 0.00 |
| 5 | Quebecor World (USA) et al | 16,545.60 | 0.00 | 0.00 |
| 6 | Superior Industrial Supply Co | 3,074.63 | 0.00 | 0.00 |
| 7 | FedEx Revenue Services | 954.65 | 0.00 | 0.00 |
| 8 | Quebecor World (USA) et al | 16,545.60 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 9 | Discover Bank | 1,549.70 | 0.00 | 0.00 |
| 10 | Cellmark Direct | 50,000.00 | 0.00 | 0.00 |
| 11 | Midland Paper Co. | 54,188.02 | 0.00 | 0.00 |
| 12 | American First Aid | 905.19 | 0.00 | 0.00 |
| 13 | Ford Motor Credit Company LLC | 8,507.93 | 0.00 | 0.00 |
| 14 | ITU Inc | 7,882.95 | 0.00 | 0.00 |
| 15 | Steiner Electric | 1,564.42 | 0.00 | 0.00 |
| 16 | National Lift Truck | 257.48 | 0.00 | 0.00 |
| 17 | Chicago Spence Tool & Rubber Co. | 1,071.62 | 0.00 | 0.00 |
| 18 | Apex Industrial Automation, LLC | 1,737.50 | 0.00 | 0.00 |
| 19 | MCMASTER - CARR | 520.67 | 0.00 | 0.00 |
| 20 | Related Products | 730.09 | 0.00 | 0.00 |
| 21 | ADT Security Services, Inc. | 1,649.86 | 0.00 | 0.00 |
| 22 | Clifford Paper Inc | 198,492.90 | 0.00 | 0.00 |
| 23 | Dahlgren Buckley Dement | 7,280.85 | 0.00 | 0.00 |
| 24 | Coverall North America | 385.52 | 0.00 | 0.00 |
| 25 | Best Cutting Die | 18,728.00 | 0.00 | 0.00 |
| 26 | Printers Service | 13,606.48 | 0.00 | 0.00 |
| 27 | Mazel & Co. | 525.00 | 0.00 | 0.00 |
| 28 | Henkel Corporation | 50,968.58 | 0.00 | 0.00 |
| 29 | Cellmark Direct | 50,000.00 | 0.00 | 0.00 |
| 30 | Natural Scapes & Designs, Ltd. | 5,560.00 | 0.00 | 0.00 |
| 32 | Pallet Direct | 8,843.00 | 0.00 | 0.00 |
| 33 | Elan Financial Services servicer for Comerica Bank | 4,542.00 | 0.00 | 0.00 |
| 34 | Interfilm | 36,481.75 | 0.00 | 0.00 |
| 35U | GCC/IBT National Pension Fund | 1,108,238.45 | 0.00 | 0.00 |
| 36 | Verizon Wireless | 2,605.15 | 0.00 | 0.00 |
| 37 | Murnane Paper Co. | 84,793.66 | 0.00 | 0.00 |
| 38 | Pitman Co. | 14,973.59 | 0.00 | 0.00 |
| 39 | Levenfeld Pearlstein | 2,030.00 | 0.00 | 0.00 |
| 41 | Frank Mehl | 16,134.42 | 0.00 | 0.00 |
| 42 | Tri-City Corrugated | 3,592.40 | 0.00 | 0.00 |
| 43 | Amanda Patten Johnson | 150,000.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 44 | Trudy Maple | 6,194.42 | 0.00 | 0.00 |
| 45 | Christopher Stavros | 9,318.83 | 0.00 | 0.00 |
| 46 | First Bank | 1,674,642.82 | 0.00 | 0.00 |
| 47 | Pompilio Trucking | 11,940.00 | 0.00 | 0.00 |
| 48 | Strategic Ink Solutions | 77,877.37 | 0.00 | 0.00 |
| 49 | Printellect | 2,662.33 | 0.00 | 0.00 |
| 50 | GXS | 1,565.57 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 114.73 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 51U | Illinois Department of Employment Security | 114.73 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                                 Case No. 10-29977-ABG
Colfax Envelope Corporation                                            Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: dwilliams              Page 1 of 4         Date Rcvd: May 20, 2015
                              Form ID: pdf006              Total Noticed: 143


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2015.
db            #+Colfax Envelope Corporation,    c/o Diana and Bruce Bindon,    20 Carlyle Lane,
                Buffalo Grove, IL 60089-2363
15806097       +A-Korn Roller, Inc.,    3545 S. Morgan St.,    Chicago, IL 60609-1590
15806098        ADT Security Services, Inc.,    Attn: Billing Department,    14200 E. Exposition Avenue,
                Aurora, CO 80012-2540
15806101        AFCO,   P.O. Box 4795,    Carol Stream, IL 60197-4795
15806103        AGFA Corporation,    PO Box 2123,    Carol Stream, IL 60132-2123
15806099       +Advanta Bank Corporation,    PO Box 844,    Philadelphia, PA 19105-0844
15806100       +Aerex Pest Control,    4301 Wilmette Ave.,    Rolling Meadows, IL 60008-1141
15806104       +Alexin David,   6130 North Claremont,    Chicago, IL 60659-5205
15806105       +Allison, Slutsky, & Kennedy, P.C.,    c/o Karen L. Engelhardt,
                230 West Monroe Street, Suite 2600,    Chicago, IL 60606-4969
15806106       +Althoff Industries,    8001 S. Route 31,    Crystal Lake, IL 60014-8184
16575750       +Amanda Patten Johnson,    c/o Rieck and Crotty, P.C.,    55 West Monroe Street, Suite 3390,
                Chicago, Illinois 60603-5024
15806107       +American First Aid,    784 Church Rd.,    Elgin, IL 60123-9306
15806108       +American Holt Corp,    203 Carnegie Row,    Norwood, MA 02062-5000
15806109       +Amerigas - Gurnee,    2000 Albright Road,    Montgomery, IL 60538-1123
15806113      #+Batavia Container, Inc,    PO Box 550, 1400 Paramount Parkway,    Batavia, IL 60510-0550
15806114        Best Cutting Die,    8080 McCormick Blvd.,    Skokie, IL 60076-2982
15806115       +Blooming Grove Flowers & Gifts,    781 Buffalo Grove Rd.,    Buffalo Grove, IL 60089-3705
15806116        Blue Thunder Truck Brokerage,    PO Box 88259,    Chicago, IL 60680-1259
15806117        Bluestar Energy,    Dept. 19346,    Palatine, IL 60055-9346
15806119       +Buffalo Grove Association,    c/o NAI Hiffman,    One Oakbrook Terrace, Suite 600,
                Oakbrook Terrace, IL 60181-4485
15806121       +CCP Industries,    PO Box 73627,    Cleveland, OH 44193-0002
15806135       +CRP - Chicago Infill II, LLC,    c/o Colony Realty Partners, LLC,
                Two International Place, Suite 2500,    Boston, MA 02110-4104
15806136       +CRP-2 Chicago Infill II, LLC,    c/o Colony Realty Partners, LLC,
                Two International Place, Suite 2500,    Boston, MA 02110-4104
15806120        Capital One Bank,    PO Box 6492,    Carol Stream, IL 60197-6492
15806122       +Cellmark Direct,    80 Washington St.,    Norwalk, CT 06854-3049
15806123        Chase Card Services,    Cardmember Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
15806124        Chicago Spence Tool & Rubber Co.,    1125 N. 27th Avenue,    Melrose Park, IL 60160-2937
15806125       +Christine Nolan,    327 Ashwood,    Schaumburg, IL 60193-2860
15806126       +Christopher Stavros,    12 Oakwood Drive,    Prospect Heights, IL 60070-1108
15806127       +Clay English,   c/o Universal Form Clamp,    840 South 25th Ave - 2nd Floor,
                Bellwood, IL 60104-2201
15806128       +Clifford Paper Inc,    600 E. Crescent Avenue,    Saddle River, NJ 07458-1855
15806129       +Colfax Welding,    605 West Colfax,    Palatine, IL 60067-2374
15806130       +Colliers B&K,    Attn: Ivrea Vinson,    1101 W. 31st Street, Suite 110,
                Downers Grove, IL 60515-5562
15806132       +Commerce Court Limited Partnership,    136 Inverway,    Inverness, IL 60067-4414
15806133       +Coverall North America,    5201 Congress Avenue, Ste 275,    Boca Raton, FL 33487-3609
15806134       +Crowley Barrett & Karaba, Ltd.,    c/o Jeff Burns,    20 S. Clark, Ste. 2310,
                Chicago, IL 60603-1806
15806143       +DLS Internet Services,    PO Box 7426,    Algonquin, IL 60102-7426
15806137       +Dahlgren Buckley Dement,    7224 W. 60th Street,    Summit Argo, IL 60501-1520
15806138       +David Gaede,   6116 North Olympia Avenue,    Chicago, IL 60631-3828
15806141       +District Council 4 GCC/IBT,    455 Kehoe Blvd. Suite 102,    Carol Stream, IL 60188-5203
15806142       +District Council 4 GCC/IBT-NPF,    455 Kehoe Blvd. Suite 102,    Carol Stream, IL 60188-5203
15806144        Doherty & Progar,    200 West Adams Street,    Suite 2220,    Chicago, IL 60606-5231
15806145       +Dun & Bradstreet,    55 Shuman Blvd,    Naperville, IL 60563-7925
15806146       +Earl Wilhelm,    2407 Marquardt Lane,    McHenry, IL 60051-9727
16515241       +Elan Financial Services servicer for Comerica Bank,      P.O. Box 5229,
                Cincinnati, OH 45201-5229
15806148       +FGMK, LLC,    2801 Lakeside Dr., 3rd Floor,    Bannockburn, IL 60015-1275
15806151        FNT,   2287 Momentum Place,    Chicago, IL 60689-5322
16303201      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,     P O Box 6275,
                Dearborn, MI 48121)
15806147        FedEx Revenue Services,    3965 Airways, Module G,    Memphis, TN 38116
16636848       +First Bank, Jeffrey S. Burns, Crowley Barrett & Kara,     20 S. Clark Street, Suite 2310,
                Chicago IL 60603-1806
15806150       +First Bank,    480 W. Center Street,    Grayslake, IL 60030-7827
15806152        Ford Credit,    PO Box 790093,    Saint Louis, MO 63179-0093
15806153        Ford Motor Credit,    PO Box 790093,    Saint Louis, MO 63179-0093
15806154        Frank Mehl,    1182 Sturbridge Dr.,    Schaumburg, IL 60195
16505952       +GCC/IBT Local 458-M,    c/o Karen I. Engelhardt,    Allison, Slutsky & Kennedy,
                230 W. Monroe St. Suite 2600,    Chicago, IL 60606-4969
16527503       +GCC/IBT National Pension Fund,    C/O Karen I. Engelhardt,    230 W. Monroe St. Suite 2600,
                Chicago, IL 60606-4969
15806159       +GXS,   100 Edison Park Drive,    MS 52A2,    Gaithersburg, MD 20878-3209
15806155       +Garvey's Office Products,    7500 North Caldwell,    Niles, IL 60714-3808
```

```
District/off: 0752-1           User: dwilliams              Page 2 of 4                   Date Rcvd: May 20, 2015
                               Form ID: pdf006              Total Noticed: 143

15806156      +GlueTech Inc,    11134 Addison Ave.,     Franklin Park, IL 60131-1404
15806158      +Gregory Rich,    8124 Danneil Circle,    Long Grove, IL 60047-5251
15806160      +Henkel Corporation,    1 Henkel Way,    Rocky Hill, CT 06067-3581
15806161       Home Depot Credit Services,    P.O. Box 653002,     Dallas, TX 75265-3002
15806162      +Horizon Distributors,    1890 Chrysler Drive,    Belvidere, IL 61008-6027
15806163      +Hortencia Morales,    627 East Palatine Rd.,    Palatine, IL 60074-5489
16314226      +ITU Inc,    2700 S 160th St,    New Berlin, WI 53151-3602
15806166       ITU, Inc.,    P.O. Box 88479,     Milwaukee, WI 53288-0479
15806164      +Interfilm,    127 Turningstone Court,    Greenville, SC 29611-7944
15806168     #+James Vastine,    554 Deer Run Drive,    Palatine, IL 60067-8625
15806169       Jason Kveton,    4013 West Lake Shore Drive,    Wonder Lake, IL 60097-8882
15806170      +John S. Swift Co.,    999 Commerce Ct.,     P.O. Box 5529,    Buffalo Grove, IL 60089-5529
15806171      +Jorson & Carlson, Inc.,    1501 Pratt Blvd.,    Elk Grove Village, IL 60007-5714
15806173      +Kathryn Yudys,    2120 Fieldcrest Drive,    Mundelein, IL 60060-5350
15806174       Keller-Heartt Oil,    4411 South Tripp Avenue,    Chicago, IL 60632-4320
15806176      +Konica Minolta Business Solutions,    4388 Collections Center Drive,     Chicago, IL 60693-0043
15806175      +Konica Minolta Business Solutions,    11101 Roosevelt Road,    Saint Petersburg, FL 33716-2340
15806182       MCMASTER - CARR,    600 County Line Road,    Elmhurst, IL 60126-2081
15806178      +Mary Kussmann,    7220 North Octavia Avenue,    Chicago, IL 60631-4345
15806179      +Master Messenger Service,    P.O. Box 72135,    Roselle, IL 60172-0135
15806180      +Masterman's, LLP,    11 C Street,    P.O. Box 411,    Auburn, MA 01501-0411
15806181      +Mazel & Co.,    4300 Ferdinand Street,    Chicago, IL 60624-1095
15806183      +Megtec Systems,    830 Prosper Road,    De Pere, WI 54115-3104
15806184      +Metro Recycling,    4340 Cross Street,    Downers Grove, IL 60515-1715
15806185       MidAmerican Energy,    P.O. Box 8020,    Davenport, IA 52808-8020
15806186      +Midland Paper Co.,    101 E. Palatine Rd.,    Wheeling, IL 60090-6512
15806187      +Morgan Birge & Associates,    119 West Hubbard Street,    4th Floor,    Chicago, IL 60654-4526
15806189      +Much Shelist,    c/o Steven Schwartz,    191 N. Wacker Dr., Suite 1800,     Chicago, IL 60606-1631
15806190      +Murnane Paper Co.,    345 Fischer Farm Road,    Elmhurst, IL 60126-1432
15806191      +Napa Auto Parts - Wheeling,    82 E. Dundee Rd.,     Wheeling, IL 60090-3060
15806192      +National Lift Truck,    3333 Mount Prospect Road,     Franklin Park, IL 60131-1337
15806193      +Natural Scapes & Designs, Ltd.,    P.O. Box 136,     Ingleside, IL 60041-0136
15806194      +Netrix,    Attn: Accounts Receivable,    2801 Lakeside Drive - 3rd Floor,
                Bannockburn, IL 60015-1275
15806196      +Northwest Community Hospital,    3060 Salt Creek Lane,    Arlington Heights, IL 60005-5027
15806197       P B Global Financial Services,    2225 American Drive,    Neenah, WI 54956-1005
15806198      +P&M National Sales,    708 County Line Road,    Bensenville, IL 60106-3276
15806199      +Pallet Direct,    P.O. Box 255,    Paw Paw, MI 49079-0255
15806200      +Paper Converting Machine Co.,    2300 South Ashland Avenue,    Green Bay, WI 54304-5293
15806201      +Partners in Technology,    104 E. Roosevelt Rd., Suite 102,    Wheaton, IL 60187-5253
15806202      +Paulson Press, Inc.,    904 Cambridge Drive,    Elk Grove Village, IL 60007-2435
15806203      +Perfect Fit Placement,    1263 Berlin Tpke,    Berlin, CT 06037-3228
15806204      +Peter Schmidt,    8916 McVicker Avenue,    Morton Grove, IL 60053-2419
15806205      +Pitman Co.,    221 Covington Drive,    Bloomingdale, IL 60108-3108
15806207      +Pompilio Trucking,    P.O. Box 464,    Fox River Grove, IL 60021-0464
15806208      +Printellect,    P.O. Box 12668,    Casa Grande, AZ 85130-0659
15806209      +Printers Service,    26 Blanchard Street,    Newark, NJ 07105-4784
15806211      +Purewater Systems,    P.O. Box 908,    Round Lake, IL 60073-0606
16038809      +Quebecor World (USA) et al,    c/o ASK Financial LLP,    2600 Eagan Woods Drive, Ste 400,
                St Paul, MN 55121-1169
15806212      +Quebecor World (USA), Inc.,    c/o Gary D. Underdahl,    2600 Eagan Woods Dr., Ste. 400,
                Eagan, MN 55121-1169
15806215      +RMS,    240 Emery Street,    Bethlehem, PA 18015-1981
15806213      +Related Products,    6355 Chalet Drive,    City of Commerce, CA 90040-3705
15806214      +Richard Cap,    231 Willowbridge,    Bloomingdale, IL 60108-2828
15806216      +Roy Lee Brown,    346 South 27th Avenue,    Bellwood, IL 60104-1522
15806217      +Ryans Express, Inc.,    11714 Briarwood Lane,    Burr Ridge, IL 60527-8007
15806218      +Service Web Offset Corporation,    2500 S. Dearborn Street,    Chicago, IL 60616-2211
15806219      +Steiner Electric,    1250 Touhy Avenue,    Elk Grove Village, IL 60007-4985
15806220       Steven Karlovits,    451 Carmen,    Buffalo Grove, IL 60089
15806223       Suburban Graphics,    508 Green Bridge Lane,    Prospect Heights, IL 60070-2806
15806224      +Sun Chemical Corporation,    5000 Spring Grove Avenue,    Cincinnati, OH 45232-1926
15806225      +Superior Industrial Supply,    7300 N. Oak Park Avenue,    Niles, IL 60714-3816
16052261      +Superior Industrial Supply Co,    c/o Kalcheim Haber LLP,    134 N LaSalle St, Ste 2100,
                Chicago, IL 60602-1124
15806226      +Trans-Consolidated Distrib,    P.O. Box 5062,    Chatsworth, CA 91313-5062
15806228      +Trudy Maple,    225 D Brett Circle,    Wauconda, IL 60084-1582
15998009      +UNITED PARCEL SERVICE,    c/o RMS Bankruptcy Recovery Services,     P.O. Box 4396,
                Timonium, Maryland 21094-4396
15806231       UPS,    P.O. Box 650580,    Dallas, TX 75265-0580
15806131     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Comerica Bank,     PO Box 6353,    Fargo, ND 58125-6353)
15806229      +UniCast,    P.O. Box 4627,    Easton, PA 18043-4627
15806230      +UniSource Worldwide, Inc.,    850 N. Arlington Heights Road,     Itasca, IL 60143-2885
15806232      +Verizon Wireless,    777 Big Timber Road,    Elgin, IL 60123-1401
15806233      +Viatas Chauffeured Transportation,    21W319 Lake Street,    Addison, IL 60101-1011
15806234       Village of Buffalo Grove,    P.O. Box 66173,    Chicago, IL 60666-0173
15806236      +Yale Equipment & Services, LLC,    1151 Bryn Mawr Avenue,    Itasca, IL 60143-1508
```

```
District/off: 0752-1          User: dwilliams            Page 3 of 4                  Date Rcvd: May 20, 2015
                              Form ID: pdf006            Total Noticed: 143

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15806111        E-mail/Text: g17768@att.com May 21 2015 00:51:53     AT&T,   PO Box 8100,
                 Aurora, IL 60507-8100
15806112        E-mail/Text: g17768@att.com May 21 2015 00:51:53     AT&T Long Distance,   PO Box 5017,
                 Carol Stream, IL 60197-5017
15806140        E-mail/PDF: mrdiscen@discover.com May 21 2015 00:55:05      Discover Card,   PO Box 3008,
                 New Albany, OH 43054-3008
16259028        E-mail/PDF: mrdiscen@discover.com May 21 2015 00:55:05      Discover Bank,   DFS Services LLC,
                 PO Box 3025,   New Albany OH 43054-3025
15806157        E-mail/Text: scd_bankruptcynotices@grainger.com May 21 2015 00:52:44       Grainger,
                 1200 S. Wolf Road,   Wheeling, IL 60090-6442
16972192       +E-mail/Text: des.claimantbankruptcy@illinois.gov May 21 2015 00:54:20
                 Illinois Department of Employment Security,   33 South State Street,
                 Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
15806165        E-mail/Text: cio.bncmail@irs.gov May 21 2015 00:52:10      Internal Revenue Service,
                 PO Box 970028,   Saint Louis, MO 63197-0028
15806177       +E-mail/Text: jfriedland@lplegal.com May 21 2015 00:52:42      Levenfeld Pearlstein,
                 2 N. LaSalle Street, Suite 1300,   Chicago, IL 60602-3709
15806188        E-mail/Text: legaldept@mscdirect.com May 21 2015 00:51:57      MSC Industrial Supply,
                 20921 Lahser Road,   Southfield, MI 48033-4432
15846014       +E-mail/Text: legaldept@mscdirect.com May 21 2015 00:51:57      MSC Industrial Supply Company,
                 Attn Legal Dept,   75 Maxess Road,   Melville, NY 11747-3151
15806195        E-mail/Text: bankrup@aglresources.com May 21 2015 00:51:43      Nicor,   PO Box 0632,
                 Aurora, IL 60507-0632
15806206       +E-mail/Text: bankruptcy@pb.com May 21 2015 00:54:25      Pitney Bowes,   Purchase Power,
                 PO Box 856042,   Louisville, KY 40285-6042
15806210        E-mail/Text: bankruptcy@pb.com May 21 2015 00:54:26      Purchase Power,   P.O. Box 5135,
                 Shelton, CT 06484-7135
                                                                                                TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16627059       Amanda Patten Johnson c/o Jerome F. Crotty, Rieck
15806102     ##+AGFA Corporation,   100 Challenger Road,   Ridgefield Park, NJ 07660-2108
15806110     ##+Apex Industrial Automation, LLC,   2000 Albright Road,   Montgomery, IL 60538-1123
15806118     ##+Bruce and Diana Bindon,   20 Carlyle Lane,   Buffalo Grove, IL 60089-6696
15806139     ##+Diana Bindon,   20 Carlyle Lane,   Buffalo Grove, IL 60089-6696
15806149     ##+Fidelity Container,   180 Exchange Blvd.,   Glendale Heights, IL 60139-2089
15806167     ##+James Jakubowski,   3433 Sonoma Circle,   Lake in the Hills, IL 60156-6731
15806172     ##+Kathleen Thompson,   109 Rivershire Lane,   Lincolnshire, IL 60069-3804
15806221     ##+Stickon Packaging Systems, Inc.,   71 West Seegers Road,   Arlington Heights, IL 60005-3916
15806222     ##+Strategic Ink Solutions,   2420 Oakton Street, Unit W,   Arlington Heights, IL 60005-4827
15806227     ##+Tri-City Corrugated,   1111 Davis Road,   Elgin, IL 60123-1315
16547653      ##Verizon Wireless,   PO Box 3397,   Bloomington, IL 61702-3397
15806235     ##+Waste Management,   Attn: Billing Dept.,   1411 Opus Place, Suite 400,
                 Downers Grove, IL 60515-1481
                                                                                  TOTALS: 1, * 0, ## 12
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: dwilliams              Page 4 of 4                  Date Rcvd: May 20, 2015
                              Form ID: pdf006              Total Noticed: 143
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2015 at the address(es) listed below:

```
          Barbara L Yong    on behalf of Debtor   Colfax Envelope Corporation blyong@golanchristie.com,
           mperez@golanchristie.com;myproductionss@gmail.com
          Jeffrey S. Burns    on behalf of Creditor   First Bank jburns@cbklaw.com
          Jerome F Crotty    on behalf of Creditor AMANDA PATTEN JOHNSON jcrotty@rieckcrotty.com,
           bhenry@rieckcrotty.com
          John E Gierum    on behalf of Accountant   Popowcer Caruso Katten Ltd jgierum@7trustee.net,
           IL25@ecfcbis.com
          John E Gierum    on behalf of Trustee John E Gierum jgierum@7trustee.net,   IL25@ecfcbis.com
          John E Gierum    jgierum@7trustee.net,   IL25@ecfcbis.com
          Karen I. Engelhardt    on behalf of Creditor    GCC/IBT National Pension Fund kie@ask-attorneys.com
          Karen I. Engelhardt    on behalf of Creditor    Local 458-M, GCC/IBT kie@ask-attorneys.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 9
```