# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: COLFAX ENVELOPE CORPORATION § Case No. 10-29977-ABG
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $869,281.76 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $14,105.14 | Claims Discharged Without Payment: $4,053,109.54 |
| Total Expenses of Administration: $9,843.83 | |

3) Total gross receipts of $ 23,948.97 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $23,948.97 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,843.83 | 9,843.83 | 9,843.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 368,778.72 | 265,450.84 | 14,105.14 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 3,817,089.62 | 3,817,089.62 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $4,195,712.17 | $4,092,384.29 | $23,948.97 |

4) This case was originally filed under Chapter 7 on July 02, 2010. The case was pending for 62 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/19/2015          By: /s/JOHN E. GIERUM
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---:|
| Bank account Harris checking no. 48024708  (s) | 1129-000 | 18,504.60 |
| Restitution for Adrienne Poole   (s) | 1129-000 | 1,050.00 |
| Phone refund  (u) | 1221-000 | 7.78 |
| Insurance Refund  (u) | 1229-000 | 1,772.81 |
| Verizon Refund  (u) | 1229-000 | 15.33 |
| HIH America claim (U) | 1229-000 | 2,596.00 |
| Interest Income | 1270-000 | 2.45 |
| **TOTAL GROSS RECEIPTS** | | **$23,948.97** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---:|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case 10-29977 Doc 61 Filed 09/11/15 Entered 09/11/15 15:29:37 Desc Main
Document Page 4 of 13


# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 3,144.90 | 3,144.90 | 3,144.90 |
| Lois West, Popowcer Katten, Ltd. | 3410-000 | N/A | 4,417.00 | 4,417.00 | 4,417.00 |
| JOHN E. GIERUM | 2200-000 | N/A | 620.45 | 620.45 | 620.45 |
| The Bank of New York Mellon | 2600-000 | N/A | 6.71 | 6.71 | 6.71 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.23 | 31.23 | 31.23 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.29 | 41.29 | 41.29 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.49 | 40.49 | 40.49 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.06 | 39.06 | 39.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.29 | 43.29 | 43.29 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.21 | 43.21 | 43.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 48.71 | 48.71 | 48.71 |
| The Bank of New York Mellon | 2600-000 | N/A | 44.02 | 44.02 | 44.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 45.60 | 45.60 | 45.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 44.27 | 44.27 | 44.27 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.75 | 50.75 | 50.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 44.53 | 44.53 | 44.53 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.05 | 34.05 | 34.05 |
| The Bank of New York Mellon | 2600-000 | N/A | 47.91 | 47.91 | 47.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 43.18 | 43.18 | 43.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.80 | 50.80 | 50.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 46.08 | 46.08 | 46.08 |
| The Bank of New York Mellon | 2600-000 | N/A | 44.45 | 44.45 | 44.45 |
| Rabobank, N.A. | 2600-000 | N/A | 34.40 | 34.40 | 34.40 |
| Rabobank, N.A. | 2600-000 | N/A | 30.20 | 30.20 | 30.20 |
| Rabobank, N.A. | 2600-000 | N/A | 31.22 | 31.22 | 31.22 |
| Rabobank, N.A. | 2600-000 | N/A | 34.52 | 34.52 | 34.52 |
| Rabobank, N.A. | 2600-000 | N/A | 33.39 | 33.39 | 33.39 |
| Rabobank, N.A. | 2600-000 | N/A | 30.11 | 30.11 | 30.11 |
| Rabobank, N.A. | 2600-000 | N/A | 35.44 | 35.44 | 35.44 |
| Rabobank, N.A. | 2600-000 | N/A | 32.17 | 32.17 | 32.17 |

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 31.05 | 31.05 | 31.05 |
| Rabobank, N.A. | 2600-000 | N/A | 35.28 | 35.28 | 35.28 |
| Rabobank, N.A. | 2600-000 | N/A | 29.89 | 29.89 | 29.89 |
| Rabobank, N.A. | 2600-000 | N/A | 35.18 | 35.18 | 35.18 |
| Rabobank, N.A. | 2600-000 | N/A | 32.99 | 32.99 | 32.99 |
| Rabobank, N.A. | 2600-000 | N/A | 29.76 | 29.76 | 29.76 |
| Rabobank, N.A. | 2600-000 | N/A | 30.76 | 30.76 | 30.76 |
| Rabobank, N.A. | 2600-000 | N/A | 33.89 | 33.89 | 33.89 |
| Rabobank, N.A. | 2600-000 | N/A | 31.72 | 31.72 | 31.72 |
| Rabobank, N.A. | 2600-000 | N/A | 30.62 | 30.62 | 30.62 |
| Rabobank, N.A. | 2600-000 | N/A | 34.79 | 34.79 | 34.79 |
| Rabobank, N.A. | 2600-000 | N/A | 30.53 | 30.53 | 30.53 |
| Rabobank, N.A. | 2600-000 | N/A | 33.64 | 33.64 | 33.64 |
| Rabobank, N.A. | 2600-000 | N/A | 32.54 | 32.54 | 32.54 |
| Rabobank, N.A. | 2600-000 | N/A | 28.29 | 28.29 | 28.29 |
| Rabobank, N.A. | 2600-000 | N/A | 35.59 | 35.59 | 35.59 |
| Rabobank, N.A. | 2600-000 | N/A | 31.35 | 31.35 | 31.35 |
| Rabobank, N.A. | 2600-000 | N/A | 29.21 | 29.21 | 29.21 |
| Rabobank, N.A. | 2600-000 | N/A | 33.32 | 33.32 | 33.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$9,843.83** | **$9,843.83** | **$9,843.83** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 31 | GCC/IBT Local 458-M | 5400-000 | N/A | 103,327.88 | 0.00 | 0.00 |
| 31 -2 | GCC/IBT Local 458-M | 5400-000 | N/A | 103,327.88 | 103,327.88 | 12,984.23 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 35P | GCC/IBT National Pension Fund | 5400-000 | N/A | 8,920.14 | 8,920.14 | 1,120.91 |
| 40 | Internal Revenue Service | 5800-000 | N/A | 137,877.04 | 137,877.04 | 0.00 |
| 51P | Illinois Department of Employment Security | 5800-000 | N/A | 15,325.78 | 15,325.78 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $368,778.72 | $265,450.84 | $14,105.14 |

# EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | UniSource Worldwide, Inc. | 7100-000 | N/A | 11,677.24 | 11,677.24 | 0.00 |
| 2 | MSC Industrial Supply Company | 7100-000 | N/A | 345.83 | 345.83 | 0.00 |
| 3 | Sun Chemical Corporation | 7100-000 | N/A | 65,493.70 | 65,493.70 | 0.00 |
| 4 | UNITED PARCEL SERVICE | 7100-000 | N/A | 53.12 | 53.12 | 0.00 |
| 5 | Quebecor World (USA) et al | 7100-000 | N/A | 16,545.60 | 16,545.60 | 0.00 |
| 6 | Superior Industrial Supply Co | 7100-000 | N/A | 3,074.63 | 3,074.63 | 0.00 |
| 7 | FedEx Revenue Services | 7100-000 | N/A | 954.65 | 954.65 | 0.00 |
| 8 | Quebecor World (USA) et al | 7100-000 | N/A | 16,545.60 | 16,545.60 | 0.00 |
| 9 | Discover Bank | 7100-000 | N/A | 1,345.70 | 1,345.70 | 0.00 |
| 10 | Cellmark Direct | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 11 | Midland Paper Co. | 7100-000 | N/A | 54,188.02 | 54,188.02 | 0.00 |
| 12 | American First Aid | 7100-000 | N/A | 905.19 | 905.19 | 0.00 |
| 13 | Ford Motor Credit Company LLC | 7100-000 | N/A | 8,507.93 | 8,507.93 | 0.00 |
| 14 | ITU Inc | 7100-000 | N/A | 7,882.95 | 7,882.95 | 0.00 |
| 15 | Steiner Electric | 7100-000 | N/A | 1,564.42 | 1,564.42 | 0.00 |
| 16 | National Lift Truck | 7100-000 | N/A | 257.48 | 257.48 | 0.00 |
| 17 | Chicago Spence Tool & Rubber Co. | 7100-000 | N/A | 1,071.62 | 1,071.62 | 0.00 |
| 18 | Apex Industrial Automation, LLC | 7100-000 | N/A | 1,737.50 | 1,737.50 | 0.00 |
| 19 | MCMASTER - CARR | 7100-000 | N/A | 520.67 | 520.67 | 0.00 |
| 20 | Related Products | 7100-000 | N/A | 730.09 | 730.09 | 0.00 |
| 21 | ADT Security Services, Inc. | 7100-000 | N/A | 1,649.86 | 1,649.86 | 0.00 |
| 22 | Clifford Paper Inc | 7100-000 | N/A | 198,492.90 | 198,492.90 | 0.00 |
| 23 | Dahlgren Buckley Dement | 7100-000 | N/A | 7,280.85 | 7,280.85 | 0.00 |
| 24 | Coverall North America | 7100-000 | N/A | 385.52 | 385.52 | 0.00 |
| 25 | Best Cutting Die | 7100-000 | N/A | 18,728.00 | 18,728.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | Printers Service | 7100-000 | N/A | 13,606.48 | 13,606.48 | 0.00 |
| 27 | Mazel & Co. | 7100-000 | N/A | 525.00 | 525.00 | 0.00 |
| 28 | Henkel Corporation | 7100-000 | N/A | 50,968.58 | 50,968.58 | 0.00 |
| 29 | Cellmark Direct | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 30 | Natural Scapes & Designs, Ltd. | 7100-000 | N/A | 5,560.00 | 5,560.00 | 0.00 |
| 32 | Pallet Direct | 7100-000 | N/A | 8,843.00 | 8,843.00 | 0.00 |
| 33 | Elan Financial Services servicer for Comerica Bank | 7100-000 | N/A | 4,542.00 | 4,542.00 | 0.00 |
| 34 | Interfilm | 7100-000 | N/A | 36,481.75 | 36,481.75 | 0.00 |
| 35U | GCC/IBT National Pension Fund | 7100-000 | N/A | 1,108,238.45 | 1,108,238.45 | 0.00 |
| 36 | Verizon Wireless | 7100-000 | N/A | 2,605.15 | 2,605.15 | 0.00 |
| 37 | Murnane Paper Co. | 7100-000 | N/A | 84,793.66 | 84,793.66 | 0.00 |
| 38 | Pitman Co. | 7100-000 | N/A | 14,973.59 | 14,973.59 | 0.00 |
| 39 | Levenfeld Pearlstein | 7100-000 | N/A | 2,030.00 | 2,030.00 | 0.00 |
| 41 | Frank Mehl | 7100-000 | N/A | 16,134.42 | 16,134.42 | 0.00 |
| 42 | Tri-City Corrugated | 7100-000 | N/A | 3,592.40 | 3,592.40 | 0.00 |
| 43 | Amanda Patten Johnson | 7100-000 | N/A | 150,000.00 | 150,000.00 | 0.00 |
| 44 | Trudy Maple | 7100-000 | N/A | 16,134.42 | 16,134.42 | 0.00 |
| 45 | Christopher Stavros | 7100-000 | N/A | 9,318.83 | 9,318.83 | 0.00 |
| 46 | First Bank | 7100-000 | N/A | 1,674,642.82 | 1,674,642.82 | 0.00 |
| 47 | Pompilio Trucking | 7100-000 | N/A | 11,940.00 | 11,940.00 | 0.00 |
| 48 | Strategic Ink Solutions | 7100-000 | N/A | 77,877.37 | 77,877.37 | 0.00 |
| 49 | Printellect | 7100-000 | N/A | 2,662.33 | 2,662.33 | 0.00 |
| 50 | GXS | 7100-000 | N/A | 1,565.57 | 1,565.57 | 0.00 |
| 51U | Illinois Department of Employment Security | 7200-000 | N/A | 114.73 | 114.73 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $3,817,089.62 | $3,817,089.62 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-29977-ABG  
**Case Name:** COLFAX ENVELOPE CORPORATION  

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 07/02/10 (f)  
**§341(a) Meeting Date:** 08/16/10  

**Period Ending:** 08/19/15  
**Claims Bar Date:** 01/05/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Petty Cash (s) | 211.35 | 211.35 | | 0.00 | FA |
| 2 | Bank Accounts (2) First Bank (s) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Bank account Harris checking no. 48024708 (s) | 12,331.64 | 12,331.64 | | 18,504.60 | FA |
| 4 | Accounts receivable (s) | 73,794.77 | 0.00 | | 0.00 | FA |
| 5 | Restitution for Adrienne Poole (s) (See Footnote) | 795,275.64 | 0.00 | OA | 1,050.00 | FA |
| 6 | Phone refund (u) (u) | 0.00 | 7.78 | | 7.78 | FA |
| 7 | Insurance Refund (u) (u) | 0.00 | 1,772.81 | | 1,772.81 | FA |
| 8 | Verizon Refund (u) (u) | Unknown | 15.33 | | 15.33 | FA |
| 9 | HIH America claim (U) (u) | Unknown | 5,769.00 | | 2,596.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.45 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$881,613.40** | **$20,107.91** | | **$23,948.97** | **$0.00** |

RE PROP# 5    abandoned by Court Order 10/3/14

---

**Major Activities Affecting Case Closing:**

abandoned long term receivable, reviewed claims, completed tax work, TFR in process.

**Initial Projected Date Of Final Report (TFR):** December 31, 2012    **Current Projected Date Of Final Report (TFR):** May 18, 2015 (Actual)

Form 2 — Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-29977-ABG | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | COLFAX ENVELOPE CORPORATION | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******29-65 - Checking Account |
| Taxpayer ID #: | **-***4762 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/19/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/05/10 | {3} | Colfax Envelope Corporation | Cash balance from bank account | 1129-000 | 18,504.60 | | 18,504.60 |
| 10/14/10 | {6} | AT&T | RECEIVABLE | 1221-000 | 7.78 | | 18,512.38 |
| 10/25/10 | {7} | Associated Agencies, Inc. | Insurance Refund | 1229-000 | 1,772.81 | | 20,285.19 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 20,285.32 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,285.48 |
| 12/22/10 | {8} | MB Data Refund | Refund | 1229-000 | 15.33 | | 20,300.81 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,300.98 |
| 01/19/11 | | To Account #**********2966 | TRANSFER OF FUNDS | 9999-000 | | 500.00 | 19,800.98 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 19,801.15 |
| 02/04/11 | | To Account #**********2966 | TRANSFER OF FUNDS | 9999-000 | | 17.29 | 19,783.86 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,784.01 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,784.17 |
| 04/11/11 | | To Account #**********2966 | TRANSFER OF FUNDS | 9999-000 | | 3,500.00 | 16,284.17 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,284.31 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,284.44 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,284.57 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,284.70 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.23 | 16,253.47 |
| 08/11/11 | | From Account #**********2966 | TRANSFER OF FUNDS | 9999-000 | 3,493.29 | | 19,746.76 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 19,746.91 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.41 | 19,704.50 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.12 | 19,705.62 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,705.78 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.49 | 19,665.29 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,665.45 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.06 | 19,626.39 |
| 11/02/11 | {5} | New Fine Account | Adrienne Poole Obligation 9676 | 1129-000 | 75.00 | | 19,701.39 |
| 11/02/11 | {5} | New Fine Account | Adrienne Poole Obligation 9676 | 1129-000 | 75.00 | | 19,776.39 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,776.55 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.29 | 19,733.26 |
| 12/14/11 | {9} | California Insurance Commissioner | Court Approved Proof of Claim Distribution | 1229-000 | 2,596.00 | | 22,329.26 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 22,329.43 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.21 | 22,286.22 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,286.40 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.71 | 22,237.69 |
| 02/07/12 | | To Account #**********2966 | TRANSFER OF FUNDS | 9999-000 | | 20.21 | 22,217.48 |
| | | | Subtotals : | | $26,542.26 | $4,324.78 | |

{} Asset reference(s) — Printed: 08/19/2015 10:50 AM V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-29977-ABG  
**Case Name:** COLFAX ENVELOPE CORPORATION  

**Taxpayer ID #:** **-***4762  
**Period Ending:** 08/19/15  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******29-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.02 | 22,173.46 |
| 03/16/12 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 | | 22,248.46 |
| 03/16/12 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 | | 22,323.46 |
| 03/16/12 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 | | 22,398.46 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.60 | 22,352.86 |
| 04/30/12 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 | | 22,427.86 |
| 04/30/12 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 | | 22,502.86 |
| 04/30/12 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 | | 22,577.86 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.27 | 22,533.59 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.75 | 22,482.84 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.53 | 22,438.31 |
| 07/03/12 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 | | 22,513.31 |
| 07/03/12 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 | | 22,588.31 |
| 07/03/12 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 | | 22,663.31 |
| 07/09/12 | | To Account #**********2966 | TRANSFER OF FUNDS | 9999-000 | | 22,663.31 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 27,217.26 | 27,217.26 | $0.00 |
| | | | Less: Bank Transfers | | 3,493.29 | 26,700.81 | |
| | | | **Subtotal** | | 23,723.97 | 516.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$23,723.97** | **$516.45** | |

{} Asset reference(s)

Printed: 08/19/2015 10:50 AM    V.13.25

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-29977-ABG  
**Case Name:** COLFAX ENVELOPE CORPORATION  

**Taxpayer ID #:** **-***4762  
**Period Ending:** 08/19/15  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******29-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/19/11 | | From Account #**********2965 | TRANSFER OF FUNDS | 9999-000 | 500.00 | | 500.00 |
| 01/24/11 | 101 | ADP | Tax Fees W-2 (6AZ, Acct. #60-146415; A1U, Acct. #60-174892) | 2200-000 | | 500.00 | 0.00 |
| 02/04/11 | | From Account #**********2965 | TRANSFER OF FUNDS | 9999-000 | 17.29 | | 17.29 |
| 02/07/11 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #10-29977, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 17.29 | 0.00 |
| 04/11/11 | | From Account #**********2965 | TRANSFER OF FUNDS | 9999-000 | 3,500.00 | | 3,500.00 |
| 04/13/11 | 103 | Lewis Steinberg | Preparation of final tax returns up to date of bankruptcy filing<br>Voided on 08/11/11 | 3410-000 | | 3,500.00 | 0.00 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 6.71 | -6.71 |
| 08/11/11 | | To Account #**********2965 | TRANSFER OF FUNDS | 9999-000 | | 3,493.29 | -3,500.00 |
| 08/11/11 | 103 | Lewis Steinberg | Preparation of final tax returns up to date of bankruptcy filing<br>Voided: check issued on 04/13/11 | 3410-000 | | -3,500.00 | 0.00 |
| 02/07/12 | | From Account #**********2965 | TRANSFER OF FUNDS | 9999-000 | 20.21 | | 20.21 |
| 02/10/12 | 104 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #10-29977, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2012 | 2200-000 | | 20.21 | 0.00 |
| 07/09/12 | | From Account #**********2965 | TRANSFER OF FUNDS | 9999-000 | 22,663.31 | | 22,663.31 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.05 | 22,629.26 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 47.91 | 22,581.35 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.18 | 22,538.17 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.80 | 22,487.37 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.08 | 22,441.29 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.45 | 22,396.84 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052017188 20130103 | 9999-000 | | 22,396.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 26,700.81 | 26,700.81 | $0.00 |
| | | | Less: Bank Transfers | | 26,700.81 | 25,890.13 | |
| | | | **Subtotal** | | 0.00 | 810.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$810.68** | |

{} Asset reference(s)

Printed: 08/19/2015 10:50 AM    V.13.25

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-29977-ABG  
**Case Name:** COLFAX ENVELOPE CORPORATION  
**Taxpayer ID #:** **-***4762  
**Period Ending:** 08/19/15  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 22,396.84 | | 22,396.84 |
| 01/23/13 | {5} | New Fine Account | Restitution | 1129-000 | 75.00 | | 22,471.84 |
| 01/23/13 | {5} | Clerk of the Circuit Court | Restitution | 1129-000 | 75.00 | | 22,546.84 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.40 | 22,512.44 |
| 02/08/13 | 10105 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2013 FOR CASE #10-29977, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2013 | 2200-000 | | 24.95 | 22,487.49 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.20 | 22,457.29 |
| 03/27/13 | {5} | Clerk of the Circuit Court of Lake County, IL | Restitution | 1129-000 | 75.00 | | 22,532.29 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.22 | 22,501.07 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.52 | 22,466.55 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.39 | 22,433.16 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.11 | 22,403.05 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.44 | 22,367.61 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.17 | 22,335.44 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.05 | 22,304.39 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.28 | 22,269.11 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.89 | 22,239.22 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.18 | 22,204.04 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.99 | 22,171.05 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.76 | 22,141.29 |
| 03/04/14 | 10106 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #10-29977, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 02/01/14 | 2200-000 | | 20.47 | 22,120.82 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.76 | 22,090.06 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.89 | 22,056.17 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.72 | 22,024.45 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.62 | 21,993.83 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.79 | 21,959.04 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.53 | 21,928.51 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.64 | 21,894.87 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.54 | 21,862.33 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.29 | 21,834.04 |

Subtotals :    $22,621.84    $787.80

{} Asset reference(s)    Printed: 08/19/2015 10:50 AM    V.13.25

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 10-29977-ABG  
**Case Name:** COLFAX ENVELOPE CORPORATION  
**Taxpayer ID #:** **-***4762  
**Period Ending:** 08/19/15

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.59 | 21,798.45 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.35 | 21,767.10 |
| 02/18/15 | 10107 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #10-29977, Reimbursement for Blanket Bond No. 10BSBGR6291 | 2200-000 | | 15.45 | 21,751.65 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.21 | 21,722.44 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.32 | 21,689.12 |
| 06/22/15 | 10108 | JOHN E. GIERUM | Dividend paid 100.00% on $3,144.90, Trustee Compensation;  Reference: | 2100-000 | | 3,144.90 | 18,544.22 |
| 06/22/15 | 10109 | Lois West, Popowcer Katten, Ltd. | Dividend paid 100.00% on $4,417.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 4,417.00 | 14,127.22 |
| 06/22/15 | 10110 | JOHN E. GIERUM | Dividend paid 100.00% on $620.45, Trustee Expenses;  Reference: ADMIN | 2200-000 | | 22.08 | 14,105.14 |
| 06/22/15 | 10111 | GCC/IBT Local 458-M | First and Final Distribution | 5400-000 | | 12,984.23 | 1,120.91 |
| 06/22/15 | 10112 | GCC/IBT National Pension Fund | First and Final Distribution | 5400-000 | | 1,120.91 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 22,621.84 | 22,621.84 | $0.00 |
| | | | Less: Bank Transfers | | 22,396.84 | 0.00 | |
| | | | **Subtotal** | | 225.00 | 22,621.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$225.00** | **$22,621.84** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******29-65 | 23,723.97 | 516.45 | 0.00 |
| Checking # ****-******29-66 | 0.00 | 810.68 | 0.00 |
| Checking # ******8666 | 225.00 | 22,621.84 | 0.00 |
| | **$23,948.97** | **$23,948.97** | **$0.00** |

{} Asset reference(s)

Printed: 08/19/2015 10:50 AM    V.13.25